# Notice Recipients

District/Off: 0971–3   User: admin   Date Created: 09/01/2009
Case: 09–31373   Form ID: ODSC7fi   Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Tax Collector of Hillsborough County, Florida
                                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee / SF          USTPRegion17.SF.ECF@usdoj.gov
                                                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jeena J Cho          1128 El Camino Real Apt. 6          Burlingame, CA 94010
tr          E. Lynn Schoenmann          800 Powell Street          San Francisco, CA 94108
cr          Plymouth Park Tax Services LLC          115 S. Jefferson Road, Bldg. D–4          Whippany, NJ 07981
smg         Chief Tax Collection Section          Employment Development Section          P.O. Box 826203          Sacramento, CA 94230
smg         CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280–0001
smg         CA Franchise Tax Board          Special Procedures Bankruptcy Unit          P.O. Box 2952          Sacramento, CA 95812–2952
9987031     Bank of America Credit Card          PO Box 15019          Wilmington, DE 19886–5019
9987032     Chase Credit Card          PO Box 15298          Wilmington, DE 19850–5298
9987033     Citi Cards          Box 6500          Sioux Falls, SD 57117
9987034     Countrywide          SV–314B          P.O. Box 5170          Simi Valley, CA 93062–5170
9987035     Discover Credit Card          PO Box 30395          Salt Lake City, UT 84130
9987036     Doug Belden, Tax Collector          P.O. Box 172920          Tampa, FL 33672–0920
9987037     Franchise Tax Board – Bankruptcy Unit          PO Box 2952          Sacramento, CA 95812–2952
9987038     Golden Gate OBGYN          Dept LA 22639          Pasadena, CA 91185–2639
9987039     Internal Revenue Service          Special Procedures Section          1301 Clay Street, Stop 1400S          Oakland, CA 94612–5210
10035380    KHESLC          PO BOX 24328          LOUISVILLE KY 40224–0328
9987040     Savannah Trace Condo Association, Inc.          2180 W SR 434, Suite 5000          Longwood, FL 32779
10071767    Tax Collector of Hillsborough          County, Florida          2506 N Falkenburg Rd.          Tampa, Florida 33619
9987041     The Student Loan People          P.O. Box 24328          Louisville, KY 40224–0328
9987042     Virtualbank          P.O. Box 77404          Ewing, NJ 08628
9987043     Xpress Loan Servicing          PO Box 94553          Cleveland, OH 44101
                                                                                                          TOTAL: 21